JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON WILLIAMS, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LABCORP EMPLOYER SERVICES, INC., a Delaware corporation; LABCORP STAFFING SOLUTIONS, INC., a Delaware corporation; WELLNESS CORPORATE SOLUTIONS, LLC, a Maryland corporation; and DOES 4-10,<br><br>Defendant. | No. 2:20-cv-10146-JAK (JEMx)<br><br>**ORDER RE JOINT STIPULATION TO REMAND REMOVED ACTION TO STATE COURT (DKT. 21)** |

Based on a review of the Joint Stipulation to Remand Removed Action to State Court (the "Stipulation" (Dkt. 21)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action (LASC No. 20STCV33583) is hereby remanded to the Los Angeles Superior Court at the Spring Street Courthouse. There shall be no award of attorney's fees or costs at this time with respect to the removal or remand of this action.

**IT IS SO ORDERED.**

Dated: ___June 24, 2021___  _____
John A. Kronstadt
United States District Judge